RECEIVED
SEP 29 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**GREGORY DAMM**

VS

**WARDEN, AVOYELLES CORRECTIONAL CENTER**

CIVIL NO. 6:04CV2078
JUDGE DOHERTY
MAG. JUDGE HILL

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 29 day of September, 2005

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE